# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DANIEL WHITE

NO. 2025 KW 1113

**OCTOBER 30, 2025**

---

In Re:     Daniel White, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-24-00646.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

**WIL**
**CHH**

**Wolfe, J.,** dissents and would grant the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT